UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELLY ZELAYA, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOOT LOCKER, INC., et al.,<br><br>Defendants. | Case No.  5:17-cv-03279-EJD<br><br>**JUDGMENT** |

Defendants' Motion for Summary Judgment having been granted;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated:  June 1, 2018

_____
EDWARD J. DAVILA
United States District Judge